**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case 2:25-cv-02477-MKC |
| | : | |
| JACOB MEREDITH and MEREDITH GROUP LANDSCAPING, LLC, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, each party to bear its or his own attorneys' fees and costs.

IT IS SO STIPULATED:

*/s/ Paul J. Greco*
Paul J. Greco, Esquire
FISHER & PHILLIPS LLP
Two Logan Square
100 N. 18th Street – 12th Floor
Philadelphia, PA 19103
Tel. (610) 230-2146/6117
Email pgreco@fisherphillips.com

*Counsel for Plaintiff*

Dated: May 5, 2026

*/s/ Lesley M. Grossberg*
Lesley M. Grossberg, Esquire
Aneca Lasley, Esquire (PHV forthcoming)
Andrea Howell, Esquire (PHV forthcoming)
ICE MILLER LLP
1735 Market Street, Suite 3900
Philadelphia, PA 19103
Tel. (215) 665-0400
Email Lesley.Grossberg@icemiller.com
Aneca.Lasley@icemiller.com
Andrea.Howell@icemiller.com

*Counsel for Defendants*

Dated: May 5, 2026